IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR116 |
| | ) | |
| v. | ) | |
| | ) | |
| M, A, YAH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the petitions for warrant or summons for offender under supervision (Filing Nos. 350 and 373). The defendant previously admitted the allegations contained in the original petition.

With respect to that petition (Filing No. 350), the underlying action has now been dismissed. Accordingly, the petition will be dismissed.

With respect to the second petition (Filing No. 373), the defendant has established a payment schedule. Hearing on disposition of this petition is continued until further order of the Court to determine if any additional supervision is necessary to insure defendant satisfies his obligations to make restitution as ordered by the Court.

The Court has concluded to review the status of this matter in October of 2012 in order to make a determination whether supervision should be terminated or continued until appropriate restitution is made. Accordingly,

IT IS ORDERED:

1) The petition for offender under supervision (Filing No. 350) is dismissed.

2) The second petition for offender under supervision (Filing No. 373) is scheduled for review on October 1, 2012, to determine if defendant has complied with the order of restitution or whether he is in need of further supervision.

DATED this 8th day of May, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court